**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re Quest Diagnostics Incorporated ERISA Litigation* | Civil Action No. 20-07936-SDW-LDW<br><br>**ORDER**<br><br>May 4, 2021 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendants Quest Diagnostics Incorporated, the Quest Benefits Administration Committee, and the Quest Investment Committee's Motion to Dismiss ("Motion") (D.E. 20; D.E. 21) Plaintiffs Lawanda Lasha House Johnson, Rebecca A. Rice, Shalamar Curtis, and Raquel Aziz's ("Plaintiffs") Consolidated Complaint (D.E. 10) for failure to state a claim pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated May 4, 2021,

**IT IS** on this 4th day of May, 2021

**ORDERED** that Defendant's Motion is **DENIED**.

                                                                       /s/ Susan D. Wigenton

                                                   SUSAN D. WIGENTON, U.S.D.J.

| | |
|---|---|
| Orig: | Clerk |
| cc: | Leda D. Wettre, U.S.M.J. |
| | Parties |